# Exhibit G



## Unison Agreement Corp.
## Closing Statement

Unison HomeOwner Agreement Transaction ID: FRX-084385
Homeowner(s): Charles  Kane  and Katharine  Kane
Property: ███████████████ , CO ████
Signing Date: 10/22/2018
Escrow Number: CO484935
Closing Services Provider: Vantage Point Title, Inc.(All Other) / Rachel  Cear
Closing Services Provider Contact: P 727-470-6982 / E closingteam@vptitle.net

| Item | Debit | Credit |
|---|---|---|
| Unison Investment Payment to **Homeowner** | | 91,525.00 |
| Transaction Fee to **Unison*** | 3,569.00 | |
| Debts to be paid at closing by | 0.00 | |
| **Totals** | 3,569.00 | 91,525.00 |
| **Funds Due to Homeowner(s):  $87,956.00** | | |

* Transaction Fee to Unison: Covers all costs associated with originating the Unison HomeOwner Agreement, including credit reports, appraisals, home inspections, recording fees and taxes, and settlement fees.