# Exhibit H

DocuSign Envelope ID: 786A8103-8F52-4BA0-A897-3A3973D8B4CE

## DEFERRED MAINTENACE ADDENDUM
## TO UNISON HOMEOWNER AGREEMENT

Unison HomeOwner Agreement ID Number: FRX-084385

This Deferred Maintenance Addendum to the **Unison HomeOwner Agreement** ("Deferred Maintenance Addendum") restates those rights and obligations of the parties previously set forth in Section 8.4(b)(i) of the **Unison HomeOwner Covenant Agreement.**

Reference is made to that certain Unison HomeOwner Agreement by and between CHARLES KANE AND KATHARINE KANE, AS JOINT TENANTS (collectively, "**Owner**") and **Unison Agreement Corp.**, its successors and assigns ("**Investor**"), in connection with the purchase of the property at ███████████, Centennial, CO ████ ("**Property**"), consisting of (1) the **Unison HomeOwner Option Agreement**; (2) the **Unison HomeOwner Covenant Agreement**; (3) the **Unison HomeOwner Recorded Memorandum**, and (4) the **Unison HomeOwner Security Instrument**. All initially bolded terms in this Deferred Maintenance Addendum are defined in Schedule A to the Unison HomeOwner Covenant Agreement.

Section 8.4(b)(i) of the Unison HomeOwner Covenant Agreement provides for notation by Investor of certain repair items or conditions on the Property in connection with the **Owner Property Purchase,** which repair items or conditions may be expressly reserved by Investor for application of a **Deferred Maintenance Adjustment** at the time of calculation of the **Ending Agreed Value** of the **Property** and determination of the **Investor Proceeds**. The following items are noted by Investor under Section 8.4(b)(i):

Page 05 of 27 in the home inspection report by National Property Inspection dated 09/28/2018 specifically noted: Maintain proper grading and fill any depressions around the house as needed to keep water away from the foundation. The grade has settled in areas around the house. There are depressions and negative slope. Add fill dirt as necessary to create a slope that directs water away from the home.

Page 16 of 27 in the home inspection report by National Property Inspection dated 09/28/2018 specifically noted: There are water stains on the floor of the utility room and the sill plate of the wall on the north side is wet. These are near the floor drain. There was water present within the floor drain. Additionally, there was a floor squeegee nearby. There may be a problem with the sewer line causing a backup which would come up out of that floor drain. Confirm with the owner the possible causes of these symptoms.

If the items, defects, or conditions listed above have not been fully corrected or repaired by Owner at the time of any calculation of the Ending Agreed Value of the Property and any determination of the Investor Proceeds, then Investor shall have the right under Section 8.4(a) of the Unison HomeOwner Covenant Agreement to make (in consultation with third party experts

DocuSign Envelope ID: 786A8103-8F52-4BA0-A897-3A3973D8B4CE

and inspectors unaffiliated with Investor), a commercially reasonable estimate of the dollar amount which is required, at that time, to repair such Deferred Maintenance, independently and without reference to any estimate of costs required for repair which may have been given to Owner and to apply the dollar amount so obtained by Investor as a Deferred Maintenance Adjustment in calculating the Ending Agreed Value of the Property and the Investor Proceeds.

Investor shall have no liability in connection with, or for Owner's failure to cure, the items, defects and conditions listed above.

This Addendum may be executed in counterparts.

**INVESTOR:**

Unison Agreement Corp.

By: _____

Title: _____

_____
Date Signed

**OWNER:**

By: _____
    Charles  Kane

Date Signed: _____

By: _____
    Katharine  Kane

Date Signed: _____

By: _____

Date Signed: _____

By: _____

Date Signed: _____