# Exhibit J

ASSIGNMENT
11/02/2018 03:06 PM          RF: $23.00    DF: $0.00
Arapahoe County Clerk, CO
Page: 1 of 3                                  **D8108765**
Matt Crane, Clerk & Recorder
Electronically Recorded

CO484935

Prepared by,
recording requested by, and
when recorded mail to:

Unison Agreement Corp.
P.O. Box 26800
San Francisco, CA  94126-6800

Unison HomeOwner Agreement ID Number:
FRX-084385

## Assignment of Unison HomeOwner Agreement

Unison Agreement Corp., a Delaware corporation, as "Assignor," hereby assigns for good and valuable consideration to **Odin New Horizon Real Estate Fund LP**, a Delaware limited partnership as "Assignee," all of Assignor's rights, title, interests and obligations to and under: (i) that certain Unison HomeOwner Option Agreement of even date herewith made by and between Assignor and CHARLES KANE AND KATHARINE KANE, AS JOINT TENANTS (individually or collectively, the "Homeowner"); (ii) that certain Unison HomeOwner Covenant Agreement of even date herewith made by and between Assignor and Homeowner; (iii) that certain Memorandum of Agreement made by and between Assignor and Homeowner and being recorded concurrently and on the same date as this Memorandum of Assignment; and (iv) that certain Unison Subordinated Deed of Trust and Security Agreement made by Homeowner as "Trustor" in favor of Assignor as "Beneficiary" naming The Public Trustee of Arapahoe County, as "Trustee" and being recorded concurrently and on the same date as this Memorandum of Assignment; which relate to, run with and encumber the real property described in Exhibit A ("Property").

Assignee Address: 650 California St. STE 1800, San Francisco, CA

IN WITNESS WHEREOF the undersigned Assignor has executed this instrument as of 10/22/2018.                                                                        94108

Unison Agreement Corp., a Delaware corporation

By: _____

Name: Daniel Eisenberg

Title:  Vice President
650 California Street, Suite 1800
San Francisco, CA  94108

## ACKNOWLEDGMENT

1 of 3

© 2018, **Unison**                                        Form 601 HO-CO (rev. 9/18/2018)

## BENEFITED PARTY ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____ San Francisco _____ )

On ___ October 22, 2018 ___ before me, ___ Amy M. Marsili ___
(insert name and title of the officer)

personally appeared ___ Daniel Eisenberg ___,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

AMY M. MARSILI
COMM. #2218169
NOTARY PUBLIC-CALIFORNIA
MARIN COUNTY
My Comm. Expires Oct. 14, 2021

Signature _____ (Seal)

## EXHIBIT A

### LEGAL DESCRIPTION

That certain real property situated in the City of Centennial, County of Arapahoe, State of ,
described as follows:

ALL THE REAL PROPERTY TOGETHER WITH ANY IMPROVEMENTS THEREON
LOCATED IN THE COUNTY OF ARAPAHOE AND STATE OF COLORADO, DESCRIBED
AS FOLLOWS:

LOT ███ BLOCK ██████████████████████████ COUNTY OF ARAPAHOE, STATE OF
COLORADO.

APN/Tax Parcel ID: ██████████████

[end of legal description]

© 2018, Unison    Form 601 HO-CO (rev. 9/18/2018)