**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01444

KATHARINE KANE and CHARLES KANE,

Plaintiffs,

v.

UNISON AGREEMENT CORP., et al.

Defendant.

---

**NOTICE OF RELATED CASES**

---

In accordance with D.C.COLO.LCivR 3.2, plaintiffs KATHARINE KANE and CHARLES KANE, by and through undersigned counsel, hereby file this Notice of Related Cases. The following cases have at least one party in common with the present case:

1. *Nat'l Ass'n of Consumer Advocs., Inc. v. Unison Agreement Corp.*, No. 2026-CAB-000955 (D.C. Super. Ct. Feb. 11, 2026).

2. *Stone v. Real Est. Equity Exch., Inc. (In re Stone)*, No. 24-01181-MER (Bankr. D. Colo. Aug. 9, 2024).

Respectfully Submitted,

Dated: April 6, 2026

**SINGLETON SCHREIBER**

*/s/ Elizabeth Aniskevich*
Elizabeth Aniskevich (DC Bar No. 994603)
Jennifer Yadoo (DC Bar No. 1780435)
SINGLETON SCHREIBER
650 Massachusetts Ave. NW, Suite 600
Washington, DC 20001
Telephone: (619) 771-3473
eaniskevich@singletonschreiber.com
jyadoo@singletonschreiber.com

*Attorneys for Plaintiffs*
*(Charles Kane and Katharine Kane)*