# Exhibit
# - 6 -



6750 Mercy Rd Suite   00
Omaha, NE 68106

Jamie Williams
████████ ████████
Windsor, CO ███████



**Property Address:**

████████████████

Windsor, CO ████████

**Property Owner:**

Jamie Williams

████████████████

**Co-Property Owner:**

Alicia Williams

████████████████

# Unison Quarterly Statement

## as of 03/31/2026

**Unison Agreement Information**

Agreement ID Number:  **FRX-164637**

Effective Date:  **06/06/2019**

Agreement End Date:  **06/05/2049**

Original Agreed Value:

**$430,667**

Unison's Share of Change in Value:

**60%**

Unison's Original Investment:

**$64,600**

Maximum Authorized Debt:

**$322,957**

## Your Home's Recent Estimated Change in Value[1]

# -1%

This percentage was calculated using your home's estimated value as of 03/31/2026 compared with its estimated value as of 12/31/2025  If you are a new customer, your home's current estimated value was compared with the Original Agreed Value from your Unison Agreement

## Your Home's Current Estimated Value[2,3]

| Low Estimate | | High Estimate | |
|---|---|---|---|
| **$534,593** | | **$653,391** | |
| $126,956 Unison's Share | $407,637 Your Share | $198,234 Unison's Share | $455,157 Your Share |

As a reminder, these are only estimates. When you decide to end your agreement, we will use the sale price or the valuation determined by an independent, third party appraisal as the basis for calculating your payoff amount to Unison.

If the status of your home or any of your personal information has changed, please contact us. Also, if you are experiencing financial challenges, please reach out to us. As your financial partner, we'd love to help. Our Unison Partner Services Team is available Monday  Friday, 9 a.m.  5 p.m. CST. **1.800.330.5800 or HomePartners@unison.com**

1   Valuations are for informational purposes and do not constitute an offer to purchase your home or a payoff demand. As a reminder, Unison will not share in any decrease in value if you end your Agreement before its 5 Year anniversary (contact Unison to find out which applies to you), or if you end your Agreement by Special Termination.

2   This estimate is based on if you were to sell your home at the estimated valuation and takes into account agreement terms such as the restriction period.

3   Your share of the estimated home value does not account for any mortgage debt you may have.

# Your Unison Agreement: Reminders and How-Tos

You may find these reminders from our most frequently asked questions helpful.



### Selling your home

- Contact Unison at least 45 days prior to selling your home to learn about our Property Sale Process.
- List and sell your home on the open market in an "arm's length" transaction.
- We can work with your real estate agent to gather all documentation needed for a payoff.



### Buying out of your Unison Agreement (Without Selling)

- Contact Unison to learn about our Special Termination Process.
- Once eligible to terminate, an appraisal is required. Unison works with independent, third party vendors to order these appraisals. Please notify us if you already have an appraisal completed within the last 90 days.



### Remodeling Adjustment

- Contact Unison for our Remodeling Adjustment application and guidelines.
- Eligibility begins after the third anniversary date of your agreement.
- The value of the Remodeling Adjustment is determined by a third-party appraisal.



### Deferred Maintenance Adjustment

- Unison may apply a Deferred Maintenance Adjustment if there are signs of neglect or the condition of your home has deteriorated since origination.

### What will I owe Unison when I exit my Agreement?

- When you sell your home or buy out of the Unison Agreement, we will calculate your payoff demand based on the amount of our original co-investment, plus our share of your home's change in value.
- Unison will not share in any decrease in value if you end your Agreement before its third or fifth anniversay (contact Unison to find out which applies to you), or if you end your Agreement by Special Termination.

### Refinancing your mortgage or obtaining a second mortgage while in your Unison Agreement

- Reach out to Unison to learn more about our subordination process.
- If you need assistance finding a lender, we can provide you with a list of lenders who have successfully worked with Unison homeowners in the past.
- Many lenders have restrictions on customers who hold Unison Agreements. To save yourself time and money, we recommend advising your lender up front that you have a "Unison equity-sharing agreement" on your home.