IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01444-GPG-NRN

KATHARINE KANE, and
CHARLES KANE,

Plaintiff,

v.

UNISON AGREEMENT CORPORATION,
UNISON INVESTMENT MANAGEMENT, LLC, and
REAL ESTATE EQUITY EXCHANGE, INC.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

This matter is before the Court on Plaintiffs' Motion to Lift Stay Pending Resolution of Defendant's Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407, Set Deadlines to Respond to Plaintiffs' Amended Complaint, and Set Scheduling Conference (ECF No. 31).

It is hereby ORDERED that a Motion Hearing shall be set for November 9, 2026 at 11:30 a.m. on the above matter. The hearing will be conducted **in person** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Date: October 26, 2026